UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: EXHAUST SYSTEMS | 2:16-cv-03701-MOB-MKM<br>2:16-cv-13968-MOB-MKM |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiffs Manny's Auto Supply, Inc. and Irving Levine Automotive Distributors, Inc., voluntarily dismiss their claims without prejudice against Defendant Faurecia SA.

Dated: August 28, 2017    /s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com
nfink@finkandassociateslaw.com

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU
  & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com


Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
skanner@fklmlaw.com
wlondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com

Carl E. Person  
225 E. 36th Street – Suite 3A  
New York, N.Y. 10016-3664  
Telephone: (212) 307- 4444  
carlpers2@gmail.com

Irwin B. Levin  
Scott Gilchrist  
COHEN & MALAD, LLP  
One Indiana Square, Suite 1400  
Indianapolis, IN 46204  
Telephone: (317) 636-6481  
ilevin@cohenandmalad.com  
sgilchrist@cohenandmalad.com

*Counsel for Plaintiffs Manny's Auto Supply, Inc., Irving Levine Automotive Distributors, Inc. and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2017, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

      FINK + ASSOCIATES LAW

      By: /s/ Nathan J. Fink
      David H. Fink (P28235)
      Darryl Bressack (P67820)
      Nathan J. Fink (P75185)
      38500 Woodward Ave., Suite 350
      Bloomfield Hills, MI 48304
      (248) 971-2500
      dfink@finkandassociateslaw.com
      dbressack@finkandassociateslaw.com
      nfink@finkandassociateslaw.com